RECEIVED
OCT 05 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Tanessa Greene**

        Plaintiff(s),

vs.

Case No. 21-cv-2185 DWF/BRT _____
(To be assigned by Clerk of District Court)

**Hennepin County**

DEMAND FOR JURY TRIAL

YES ☐   NO ☑

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   | | |
   |---|---|
   | Name | **Tanessa Greene** |
   | Street Address | **PO Box 580636** |
   | County, City | **Minneapolis** |
   | State & Zip Code | **Minnesota** |
   | Telephone Number | **(612) 804-5663** |



SCANNED OCT 06 2021 U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name: **Hennepin County**

      Street Address: **300 South 6th St**

      County, City: **Minneapolis**

      State & Zip Code: **Minnesota 55402**

   b. Defendant No. 2

      Name:

      Street Address:

      County, City:

      State & Zip Code:

   c. Defendant No. 3

      Name:

      Street Address:

      County, City:

      State & Zip Code:

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    ☐ Federal Question        ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.



5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                                State of Citizenship:

    Defendant No. 1:                               State of Citizenship:

    Defendant No. 2:                               State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☑ Defendant(s) reside in Minnesota    ☑ Facts alleged below primarily occurred in Minnesota
    ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

**During the terms of my employment from 2017 to 2020, my previous employer discriminated against me on the basis race, gender and disability and subjected me to retaliation when I filed complaints of discrimination, being hired under fraudulent pretense and fraudulent contracting practices by my supervisor. Retaliation included immediate demotion by the supervisor who was the subject of my complaints. Working for prolonged periods under the condition of discrimination and retaliation caused significant harm to my mental and physical health and wellbeing. In addition, being hired under false pretense and later demoted resulted in significant lost income and opportunities for advancement and irreparable harm to my reputation.**

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

**I am seeking damages for lost wages, reputational damage, emotional distress and physical harm to my health in the maximum amount allowed under law.**

Signed this **4th**      day of **October,**      ____

        Signature of Plaintiff  _____

        Mailing Address     **PO BOX 580636**

        Telephone Number     **(612) 804-5663**

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.