UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tanessa Greene, | Court File No. 21-CV-02185 DWF/DJF |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO DISMISS** |
| Hennepin County, | |
| Defendant. | |

The parties have reached a resolution to this case that requires no further judicial involvement. Accordingly, the parties stipulate to a dismissal of this action with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party responsible for its own attorney's fees, expenses, and costs.

**APOLLO LAW LLC**

Dated: March 6, 2023          By:  s/ Adam W. Hansen
                                    Adam W. Hansen (#0391704)
                                    333 Washington Ave. N., Suite 300
                                    Minneapolis, MN 55401
                                    Phone: (612) 927-2069
                                    adam@apollo-law.com

                                    **ATTORNEY FOR PLAINTIFF**

**HENNEPIN COUNTY**

Dated: March 6, 2023 By: s/ Cheri G. Sudit (#156164)
Assistant Hennepin County Attorney
300 S. 6th Street
Minneapolis, MN 55487
Phone: (952) 240-7665
cheri.sudit@hennepin.us

**ATTORNEY FOR DEFENDANT**